# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# AT PIKEVILLE

| | | |
|---|---|---|
| JAMES A. ELLIS, et al., | ) | Case No. 7:12-cv-00140-ART-CJS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Judge Amul R. Thapar |
| v. | ) | Magistrate Judge Candace J. Smith |
| | ) | |
| ARROWOOD INDEMNITY COMPANY, | ) | FILED ELECTRONICALLY |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \*

## NOTICE OF PENDING SETTLEMENT

\* \* \* \* \* \* \* \* \* \*

The parties held mediation on August 13, 2015 in the above referenced matter and have agreed on settlement terms. The parties hope to complete the settlement and have the dismissal papers to the Court as soon as possible.

DATED this 13th day of August, 2015.

>  /s/ *Kenneth R. Friedman*
>  Kenneth R. Friedman, KBA # 95848
>  FRIEDMAN|RUBIN
>  1126 Highland Ave.
>  Bremerton, WA  98337
>  Telephone:  (360) 782-4300
>  Fax:  (360) 782-4358
>  E-mail:  kfriedman@friedmanrubin.com
>  *Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 13, 2015, a true copy of Notice of Appearance of Counsel was served using the CM/ECF system, which will send a notice of electronic filing to all parties by operation of the Court's electronic filing system to the following:

| | |
|---|---|
| William T. Robinson, III<br>Michael E. Nitardy<br>Tonya J. Austin<br>FROST BROWN TODD LLC<br>7310 Turfway Road, Suite 210<br>Florence, Kentucky 41042<br>(859) 817-5900<br>(859) 289-5902 (f)<br>wrobinson@fbtlaw.com<br>mnitardy@fbtlaw.com<br>taustin@fbtlaw.com | Scott R. Brown<br>FROST BROWN TODD LLC<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio 45202<br>srbrown@fbtlaw.com<br>(513) 651-6800<br>(513) 651-6892 (f) |

                                                        /s/:  *Alicia S. Stanley*
                                                        Alicia S. Stanley, Paralegal
                                                        Friedman|Rubin