Eastern District of Kentucky
**F I L E D**

**SEP 1 8 2015**

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### AT PIKEVILLE

| | | |
|---|---|---|
| JAMES A. ELLIS, *et al.* | : | Case No. 7:12-cv-00140-ART |
| Plaintiffs, | : | |
| | : | Judge Amul R. Thapar |
| v. | : | Magistrate Judge Candace J. Smith |
| | : | |
| ARROWOOD INDEMNITY COMPANY, | : | |
| | : | FILED ELECTRONICALLY |
| Defendant. | : | |

\* \* \* \* \* \* \* \* \* \*

### AGREED ORDER OF DISMISSAL *WITH PREJUDICE*

\* \* \* \* \* \* \* \* \* \*

Pursuant to the agreement of the parties, as signified by counsel below, all claims, potential claims, and counterclaims in the above-captioned matter are hereby dismissed, *with prejudice*. Each party shall bear its own costs and comply with the settlement agreement entered into by the parties.

This is a final and appealable order and there is no just cause for delay.

**IT IS SO ORDERED.**



Signed By:
Amul R. Thapar *AT*
United States District Judge

1

**HAVE SEEN AND AGREED:**

/s/ Hans G. Poppe, *with permission*
Hans G. Poppe
Warner T. Wheat
Kirk A. Laughlin
THE POPPE LAW FIRM
8700 Westport Road, Suite 201
Louisville, Kentucky 40242
(502) 895-3400
(502) 895-3420 (f)
Hans@PoppeLawFirm.com
Warner@PoppeLawFirm.com
Kirk@PoppeLawFirm.com

Kenneth Friedman
James Hertz
FRIEDMAN RUBIN
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300
(360) 731-4244 (f)
kfriedman@friedmanrubinwhite.com
jhertz@friedmanrubinwhite.com

*Counsel for Plaintiffs*

/s/ Tonya J. Austin
Wm. T. Robinson, III
Michael E. Nitardy
Tonya J. Austin
FROST BROWN TODD LLC
7310 Turfway Road, Suite 210
Florence, Kentucky 41042
859-817-5900
859-289-5902 (f)
wrobinson@fbtlaw.com
mnitardy@fbtlaw.com
taustin@fbtlaw.com

Scott R. Brown (pro hac vice)
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
srbrown@fbtlaw.com
513-651-6800 Telephone
513-651-6892 Facsimile

*Counsel for Defendant, Arrowood Indemnity Company*

0112536.0601564   4813-7727-1079v1

2